

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHUANTANG WANG, )
                Plaintiff, )
v. ) Civil Action No. 14-987 (UNA)
CECILIA NG, *et al.*, )
                Defendants. )

**MEMORANDUM OPINION**

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* with his *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

According to plaintiff, although he has "never done anything wrong at the Asian senior center," defendants have "suspended [him] twice from coming to the Asian center." Compl. at 2. He asks than "an investigation be conducted," and he "want[s] to know what [defendant] Ng has written behind [his] back to get [him] suspended from the center." *Id.*

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). Plaintiff neither raises a

1

constitutional claim, nor demands damages in excess of $75,000, nor establishes diversity of citizenship. Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion is issued separately.

/s/ Beryl A. Howell
United States District Judge

DATE: 5/27/2014